# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:26-cv-28354

JINBO SHU and NINGBO LUOGEEN ELECTRICAL APPLIANCE CO., LTD.,

Plaintiffs,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.
_______________________________________/

**EXHIBIT D TO COMPLAINT**
**PER-DEFENDANT JURISDICTION AND MERITS CHART**

[redacted]

REDACTED PENDING MOTION TO SEAL

[redacted]

[redacted]